`IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| ETTO IP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> REEBOK INTERNATIONAL LTD., <br><br> *Defendant*. | Case No. 6:23-cv-00003-DAE |

## CLAIM CONSTRUCTION ORDER

Before the Court are the parties' *Markman* briefs: Defendant's Opening and Reply Claim

Construction Briefs (ECF No. 26 and 29, respectively), Plaintiff's Responsive Brief (ECF No.

27[1]), and the Parties' Joint Claim Construction Statement (ECF No. 31). The matter was referred

to the undersigned for a *Markman* hearing. *See* Text Order dated January 21, 2025. The

undersigned held a Markman hearing on March 20, 2025. The Court issues this Order to

memorialize the Court's final claim construction rulings for the parties, and to inform the parties

that the Court will issue a more-detailed Order explaining its analysis in due course. The

deadline to file any objections to the undersigned's claim construction rulings (pursuant to

Federal Rules of Civil Procedure 59 and 72) does not begin to run until the more-detailed Order

is entered on the docket.

---

[1] Plaintiff filed two Responsive Brief the same day, at ECF Nos. 27 and 28. ECF No. 28
appears to have corrected formatting issues and the Court uses that as the operative Responsive
Brief.

- 2 -

IT IS SO ORDERED.

SIGNED this 20th day of March, 2025.

_____

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

**COURT'S FINAL CONSTRUCTIONS**

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| "three dimensional mold" (claim 1) | 1. Plain and ordinary meaning<br>2. an object useable to give shape or form to a fluidic material as the fluidic material becomes a solid | Frame having length, width, and depth on or around which an object is constructed, and from which the object is removed after construction | Plain and ordinary meaning |
| "separating the three dimensional mold from the finished designed product" (claim 1) | 1. Plain and ordinary meaning<br>2. removing the finished design product from at least a portion of the three dimensional mold | Removing the designed product from the three-dimensional mold such that the product and mold are no longer in any contact with each other | Plain and ordinary meaning, wherein the product and mold are no longer in any contact |
| "support unit being adjustable in any of a plurality of possible directions" (claim 1) | 1. Plain and ordinary meaning<br>2. support unit is movable in x, y, and z directions | Support unit is moveable in all three spatial dimensions (x, y, and z) | support unit being moveable in x, y, and z directions. |
| "present each face of the three dimensional mold . . . to an extruder" (claim 1) | 1. Plain and ordinary meaning<br>2. locate the surface of the three dimensional mold so as to receive the fluid material extruded by the extruder | Present each and every face of the three dimensional mold to an extruder | Plain and ordinary meaning, wherein each face means each and every face |